UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 0:13-cv-60596-KAM

FABIOLA BENISON, individually,

    Plaintiff,

v.

COMMONWEALTH FINANCIAL SYSTEMS,
INC., d/b/a NCC, a foreign corporation, and
ASSET ACCEPTANCE CAPITAL CORP.,
a foreign corporation,

    Defendants.
_____/

## NOTICE OF SETTLEMENT AND
## STIPULATION FOR DISMISSAL WITH PREJUDICE

    Plaintiff and Defendants hereby give notice of settlement and agree that Plaintiff's action should be dismissed with prejudice, with each party to bear its own costs and attorneys fees, except as otherwise agreed.

    WHEREFORE, the Plaintiff and Defendants respectfully request that this case be dismissed with prejudice with the Court reserving jurisdiction to enforce the parties' Settlement Agreement in accordance with its terms.

    Respectfully submitted this 6th day of June, 2013.

## STIPULATION

    BRET L. LUSSKIN, Esq.
    *Attorney for Plaintiff*
    1001 N. Federal Hwy., Ste 106
    Hallandale Beach, Florida 33009
    Telephone: (954) 454-5841
    Facsimile: (954) 454-5844
    blusskin@lusskinlaw.com

    By: /s/ Bret L. Lusskin, Esq.

                                          Bret L. Lusskin, Esq.
                                          Florida Bar No. 28069

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 6th day of June, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this date via U.S. mail and/or some other authorized manner for those counsel or parties, if any, who are not authorized to receive electronically Notices of Electronic Filing.

                                          BRET L. LUSSKIN, Esq.
                                          *Attorney for Plaintiff*
                                          1001 N. Federal Hwy., Ste 106
                                          Hallandale Beach, Florida 33009
                                          Telephone: (954) 454-5841
                                          Facsimile: (954) 454-5844
                                          blusskin@lusskinlaw.com

                                By:  <u>/s/ Bret L. Lusskin, Esq.</u>
                                            Bret L. Lusskin, Esq.
                                            Florida Bar No. 28069