UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:13-cv-60596-KAM

FABIOLA BENISON, individually,

Plaintiff,

v.

COMMONWEALTH FINANCIAL SYSTEMS,
INC., d/b/a NCC, a foreign corporation, and
ASSET ACCEPTANCE CAPITAL CORP.,
a foreign corporation,

Defendants.
_____/

**<u>ORDER OF DISMISSAL</u>**

THIS CAUSE, having come to be heard upon the stipulation of Plaintiff and Defendants, and all matters with respect to the captioned litigation between the parties have been amicably settled and resolved, the Court having reviewed the stipulation, and having reviewed the pleadings and being otherwise fully advised on these premises, it is hereby:

ORDERED AND ADJUDGED that this action is hereby dismissed with prejudice, with each side to bear their own costs and attorney's fees. As to the parties' request that the Court retain jurisdiction for the purpose of enforcing their settlement agreement, see *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012).

The Clerk shall close this case and all pending motions are denied as moot.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 10th day of June, 2013.

_____
KENNETH A. MARRA
United States District Judge